DAVID R. FISCHER, ESQ.
Nevada Bar No. 010348
400 South 4th Street, Suite 500
Las Vegas, NV 89101
(702) 547-3944
(702) 974-1458 Fax
Attorney for Defendant – MARTIN GARCIA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:16-mj-200-GWF |
| Plaintiff, | ) (2nd Request) |
| v. | ) |
| FRED OAXACA, et al., | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING**

This is the 2nd request for a continuance filed herein.

IT IS HEREBY STIPULATED AND AGREED by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America; Thomas F. Pitaro, Esq., counsel for Defendant FRED OAXACA; Rebecca A. Levy, Assistant Federal Public Defender, counsel for defendant MARCUS HAMMON; David R. Fischer, Esq., counsel for Defendant MARTIN GARCIA; and Maysoun Fletcher, Esq., counsel for Defendant LUIS CUEVAS, that the Preliminary Hearing currently scheduled for May 26, 2016 at 4:00 p.m be vacated and reset to a date and time convenient to the Court but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The Parties need additional time to prepare in advance of any preliminary hearing, taking into account due diligence;
2. Discovery has been provided to Defense Counsel, but additional time is required to adequately review it;
3. The Defendants are in custody, but they do not object to the continuance;
4. Denial of this request for continuance could result in a miscarriage justice;
5. The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(F) and Title 18, United States Code Section 3161 (h)(8)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv);

This is the second request for continuance filed herein.

DATED: May 23, 2016.

/S/
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Counsel for the United States

/S/
THOMAS F. PITARO, ESQ.
Counsel for Defendant OAXACA

/S/
REBECCA A. LEVY, AFPD
Counsel for Defendant HAMON

/S/
DAVID R. FISCHER, ESQ.
Counsel for Defendant GARCIA

/S/
MAYSOUN FLETCHER, ESQ.
Counsel for Defendant CUEVAS

DAVID R. FISCHER, ESQ.
Nevada Bar No. 010348
400 South 4th Street, Suite 500
Las Vegas, NV 89101
(702) 547-3944
(702) 974-1458 Fax
Attorney for Defendant – MARTIN GARCIA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-200-GWF |
| Plaintiff, | **ORDER CONTINUING** |
| v. | **PRELIMINARY HEARING** |
| FRED OAXACA, et al., | |
| Defendants. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled for May 26, 2016, at 4:00 p.m., be vacated and continued to the  27th  day of  June,  2016, at  4:00 p.m. , in courtroom  3A .

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

-3-